DAA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED IN OPEN COURT
NOV 28 2006
CHARLES R. DIARD, JR
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | Criminal No. 06-0251-WS |
| v. | * | USAO No. 06R00159 |
| | * | |
| KENNETH HOWELL MAYS | * | Violation: |
| | * | 29 USC § 501(c) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

From on or about January 1, 2001 through on or about April 30, 2004, in the Southern District of Alabama, Northern Division, the defendant,

**KENNETH HOWELL MAYS**

while an officer, that is, Treasurer, of the International Brotherhood of Electrical Workers, Local 1053, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfull abstract and convert to his own use the moneys, funds, securities and other assets of said labor organization in the approximate amount of $37,197.50

In violation of Title 29, United States Code, Section 501(c).

A TRUE BILL

FOREPERSON, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

1

DEBORAH J. RHODES
UNITED STATES ATTORNEY
by:

_____
Daryl A. Atchison
Assistant United States Attorney

_____
Gina S. Vann
Assistant United States Attorney
Chief, Criminal Division              NOVEMBER 2006